[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10437

Non-Argument Calendar

_____

RONA JOHNSON ADEOYE,

Plaintiff-Appellant,

S.A.B., et al.,

Plaintiffs,

*versus*

CLAYTON COUNTY DFCS EMPLOYEE(S),
CLAYTON COUNTY JUVENILE COURT,
CLAYTON COUNTY DEPARTMENT
FAMILY CHILDREN SERVICES,
CLAYTON COUNTY POLICE
DEPARTMENT SECTOR 3 PRECINCT,

2                    Opinion of the Court                    24-10437

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket Nos. 1:22-cv-02840-VMC,
1:22-cv-02838-VMC

_____

Before ROSENBAUM, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 30-day statutory time limit required Rona Adeoye to file a notice of appeal from the district court's September 9, 2022 final judgment on or before October 11, 2022. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Adeoye did not file a notice of appeal until February 7, 2024.

Further, the record contains no basis for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6) because Adeoye did not move to extend or reopen the appeal period and more than 180 days have passed since the judgment was entered. *See* Fed. R. App. P. 4(a)(5) (providing that a party may move to extend the time for filing a notice of appeal within 30 days of entry of final judgment); *id.* R. 4(a)(6)(A) (providing that a party may move to reopen the appeal period not later than 180 days after the order or judgment is entered). Accordingly, the notice of appeal is untimely and cannot

24-10437                Opinion of the Court                3

invoke our appellate jurisdiction.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.